**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed September 19, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00684-CV

---

## IN RE DR. NILESH KOTECHA, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-45379**

---

## MEMORANDUM OPINION

On September 4, 2019, relator Dr. Nilesh Kotecha filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Tristan Longino, presiding judge of the 245th District Court of Harris County, to vacate his July 9, 2019 order appointing Warren Cole as a discovery master.

On September 12, 2019, relator filed an unopposed motion asking this court to dismiss his petition for writ of mandamus.

We GRANT the motion and DISMISS relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.